# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ADRIAN COLLEGE, | Case No. 9:22-cv-80641-AMC |
| Plaintiff/Counter-Defendant, | Honorable Aileen M. Cannon |
| v. | |
| ANTHOLOGY, INC., | |
| Defendant/Counter-Plaintiff. | |

VARNUM LLP
Joseph A. Bare (1018465)
999 Vanderbilt Beach Road, Suite 300
Naples, FL 34108
(239) 373-8022
jabare@varnumlaw.com

Aaron M. Phelps (admitted *pro hac vice*)
Gage M. Selvius (admitted *pro hac vice*)
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
amphelps@varnumlaw.com
gmselvius@varnumlaw.com

*Attorneys for Plaintiff/Counter-Defendant*

NELSON MULLINS RILEY & SCARBOROUGH, LLP
Nicolette C. Vilmos (0469051)
390 North Orange Avenue, Suite 1400
Orlando, FL 32801
(407) 839-4200
nicolette.vilmos@nelsonmullins.com
allison.abbott@nelsonmullins.com

KATTEN MUCHIN ROSENMAN LLP
David A. Crichlow (admitted *pro hac vice*)
Mark T. Ciani (admitted *pro hac vice*)
Margaret J. McQuade (admitted *pro hac vice*)
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 940-8800
david.crichlow@katten.com
mark.ciani@katten.com
margaret.mcquade@katten.com

*Attorneys for Defendant/Counter-Plaintiff*

## JOINT PROPOSED SCHEDULING ORDER

This Court having reviewed the Joint Scheduling Report submitted by the parties, the parties having had an opportunity to confer concerning the scheduling order dates, and the Court being otherwise fully advised of the premises,

**IT IS HEREBY STIPULATED AND ORDERED** as follows:

(A) This case shall be assigned to the **Standard Track** pursuant to Local Rule 16.1(a);

(B) The parties shall adhere to the following schedule:

| Event | Adrian College's Proposal | Anthology, Inc.'s Proposal |
|---|---|---|
| Rule 26(a)(1)(A) Initial Disclosures | July 1, 2022 | 14 days after the Court issues an Order granting or denying the Motion |
| Deadline for Joinder of any additional parties | July 22, 2022 | 21 days after the Parties exchange Initial Disclosures |
| Deadline to amend the pleadings | July 22, 2022 | 21 days after the Parties exchange Initial Disclosures |
| Parties shall exchange a list containing names of all fact witnesses reasonably anticipated to be called at trial | September 22, 2022 | 60 days after the deadline to amend the pleadings |
| Deadline for completion of fact discovery | December 16, 2022 | 180 days after the Parties exchange Initial Disclosures |
| Deadline to exchange Expert Witness Reports and Summaries | December 16, 2022 | 30 days after the completion of fact discovery |
| Exchange of Rebuttal Expert Witness Summaries and Reports | January 20, 2023 | 30 days after the Parties exchange Expert Witness Reports and Summaries |
| Deadline for completion of expert discovery | February 3, 2023 | 30 days after the Parties exchange Rebuttal Expert Witness Summaries and Reports |
| Deadline for filing all dispositive motions | February 10, 2023 | 30 days after the completion of expert discovery |
| Deadline for filing all motions in limine, and all pretrial motions and memoranda of law | February 10, 2023 | 45 days after the Court issues an Order ruling on all dispositive motions |

2

| Event | Adrian College's Proposal | Anthology, Inc.'s Proposal |
|---|---|---|
| Joint pretrial stipulation and pretrial disclosures | April 24, 2023 | 60 days after the Parties file all motions in limine, and all pretrial motions and memoranda of law |
| Deadline to file proposed findings of fact and conclusions of law | May 8, 2023 | 14 days after the filing of the joint pretrial stipulation and pretrial disclosures |
| Trial period commences | May 22, 2023 | 14 days after the filing of proposed findings of fact and conclusions of law |

**IT IS SO ORDERED.**

**This is not a final order and does not close the case.**

 

**HON. AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

3

THIS JOINT SCHEDULING ORDER IS ACKNOWLEDGED AND APPROVED BY:

*/s/ Joseph A. Bare*
Joseph A. Bare (1018465)
VARNUM LLP
Attorneys for Plaintiff/Counter-Defendant
999 Vanderbilt Beach Road, Suite 300
Naples, FL  34108
(239) 373-8022
jabare@varnumlaw.com

Aaron M. Phelps (admitted *pro hac vice*)
Gage M. Selvius (admitted *pro hac vice*)
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
amphelps@varnumlaw.com
gmselvius@varnumlaw.com

*/s/ Nicolette C. Vilmos*
Nicolette C. Vilmos (0469051)
NELSON ULLINS RILEY & SCARBOROUGH, LLP
Attorneys for Defendants/Counter-Plaintiff
390 North Orange Avenue, Suite 1400
Orlando, FL  32801
(407) 839-4200
nicolette.vilmos@nelsonmullins.com

David A. Crichlow (admitted *pro hac vice*)
Mark T. Ciani (admitted *pro hac vice*)
Margaret J. McQuade (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
Attorneys for Defendants/Counter-Plaintiff
50 Rockefeller Plaza
New York, NY  10020-1605
(212) 940-8800
david.crichlow@katten.com
mark.ciani@katten.com
margaret.mcquade@katten.com