# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

ADRIAN COLLEGE,                                    Case No. 9:22-cv-80641-AMC

      Plaintiff/Counter-Defendant,        Honorable Aileen M. Cannon

v.

ANTHOLOGY, INC.,

      Defendant/Counter-Plaintiff.

---

| | |
|---|---|
| VARNUM LLP<br>Joseph A. Bare (1018465)<br>999 Vanderbilt Beach Road, Suite 300<br>Naples, FL  34108<br>(239) 373-8022<br>jabare@varnumlaw.com<br><br>Aaron M. Phelps (admitted *pro hac vice*)<br>Gage M. Selvius (admitted *pro hac vice*)<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI  49501-0352<br>(616) 336-6000<br>amphelps@varnumlaw.com<br>gmselvius@varnumlaw.com<br><br>*Attorneys for Plaintiff/Counter-Defendant* | NELSON MULLINS RILEY & SCARBOROUGH, LLP<br>Nicolette C. Vilmos (0469051)<br>390 North Orange Avenue, Suite 1400<br>Orlando, FL  32801<br>(407) 839-4200<br>nicolette.vilmos@nelsonmullins.com<br>allison.abbott@nelsonmullins.com<br><br>KATTEN MUCHIN ROSENMAN LLP<br>David A. Crichlow (admitted *pro hac vice*)<br>Mark T. Ciani (admitted *pro hac vice*)<br>Margaret J. McQuade (admitted *pro hac vice*)<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>(212) 940-8800<br>david.crichlow@katten.com<br>mark.ciani@katten.com<br>margaret.mcquade@katten.com<br><br>*Attorneys for Defendant/Counter-Plaintiff* |

---

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(l)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff/Counter-Defendant and the Defendant/Counter-Plaintiff in the above-entitled action, whereas no party in this action is an infant or incompetent, the above-

captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(ii) with each party to bear its respective attorney's fees and costs. This Stipulation is based on a settlement reached by the parties on the issues outstanding between them.

DATED: August 4, 2022

Respectfully submitted,

/s/ *Joseph A. Bare*
Joseph A. Bare (1018465)
VARNUM LLP
Attorneys for Plaintiff/Counter-Defendant
999 Vanderbilt Beach Road, Suite 300
Naples, FL  34108
(239) 373-8022
jabare@varnumlaw.com

Aaron M. Phelps (admitted *pro hac vice*)
Gage M. Selvius (admitted *pro hac vice*)
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
amphelps@varnumlaw.com
gmselvius@varnumlaw.com

Respectfully submitted,

/s/ *Nicolette C. Vilmos*
Nicolette C. Vilmos (0469051)
NELSON ULLINS RILEY &
SCARBOROUGH, LLP
Attorneys for Defendants/Counter-Plaintiff
390 North Orange Avenue, Suite 1400
Orlando, FL  32801
(407) 839-4200
nicolette.vilmos@nelsonmullins.com

David A. Crichlow (admitted *pro hac vice*)
Mark T. Ciani (admitted *pro hac vice*)
Margaret J. McQuade (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
Attorneys for Defendants/Counter-Plaintiff
50 Rockefeller Plaza
New York, NY  10020-1605
(212) 940-8800
david.crichlow@katten.com
mark.ciani@katten.com
margaret.mcquade@katten.com

## **ORDER**

**IT IS SO ORDERED** as stipulated above.

Date:  August ____, 2022

_____
**Honorable Aileen M. Cannon**
**United States District Judge**